THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINN ROSE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>BEHR PROCESS CORP., BEHR PAINT CORP., MASCO CORP., THE HOME DEPOT, INC., and HOME DEPOT USA, INC.,<br><br>            Defendants. | NO. 2:17-cv-01754-MJP<br><br>ORDER EXTENDING CERTAIN CASE DEADLINES |

The Court, having reviewed the Stipulation to Extend Certain Case Deadlines, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that the following case deadlines are extended as follows:

The Initial Disclosures deadline is extended to February 23, 2018;

The Combined Joint Status Report and Discovery Plan deadline is extended to February 28, 2018; and

The Deadline for Behr Process Corp., Behr Paint Corp., and Masco Corp., to file Answers is February 23, 2018.

Dated: February 6, 2018

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge