| | |
|---|---|
| | THE HONORABLE MARSHA J. PECHMAN |

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINNE ROSE, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>BEHR PROCESS CORP., BEHR PAINT CORP., MASCO CORP., THE HOME DEPOT, INC., and HOME DEPOT U.S.A., INC.,<br><br>          Defendants. | NO. 2:17-cv-01754-MJP<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES** |

WHEREAS, Plaintiff's case is one of approximately twelve (12) cases that have been filed nationwide against Defendants.

WHEREAS, on December 4, 2017, Plaintiff field a motion to transfer and consolidate with the Judicial Panel on Multidistrict Litigation (the "MDL Motion").

WHEREAS, on December 27, 2017, Defendants Behr Process Corporation, Behr Paint Corp., and Masco Corporation (the "Behr Defendants") filed a response to Plaintiff's MDL Motion that stated, among other things, that a settlement in principle had been reached in a different case that is nationwide in scope. Defendants The Home Depot, Inc. and Home Depot, U.S.A., Inc., filed a response joining the Behr Defendants' Response.

STIPULATION AND ORDER TO EXTEND CASE
DEADLINES - 1
Case No. 2:17-cv-01754-MJP

WHEREAS, on January 30, 2018, the JPML issued a ruling denying transfer and consolidation of the approximately twelve (12) cases filed against Defendants on the basis of the pending settlement described in Defendants' Response.

WHEREAS, Defendants The Home Depot, Inc. and Home Depot USA, Inc., have filed a Motion to Dismiss on January 31, 2018.

WHEREAS Plaintiff's response to the Motion to Dismiss is due on Monday, February 20, 2018.

WHEREAS pursuant to the Court's Order Extending Certain Deadlines (ECF 27), the deadline for Initial Disclosures is February 23, 2018, the deadline for the Combined Joint Status Report and Discovery Plan is February 28, 2018, and Defendants' Behr Process Corp., Behr Paint Corp., and Masco Corp.'s Answer is due February 23, 2018.

WHEREAS, to conserve judicial resources and promote efficiency and in view of the pending settlement, the parties agree to continue all deadlines discussed herein an additional thirty (30) days.

IT IS HEREBY STIPULATED by and between all parties, through their respective counsel, that the dates for Initial Disclosures, submissions of the Combined Joint Status Report and Discovery Plan, filing of Answers shall be as follows:

Plaintiff's deadline to file a response to Defendants The Home Depot, Inc., and Home Depot U.S.A., Inc.'s Motion to Dismiss is extended to March 22, 2018

The Initial Disclosures deadline is extended to March 25, 2018;

The Combined Joint Status Report and Discovery Plan is extended to March 30, 2018; and

The deadline for Behr Process Corp., Behr Paint Corp., and Masco Corp. to file Answers is March 25, 2018.

Respectfully submitted.

DATED: February 16, 2018  TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
   Beth E. Terrell, WSBA #26759
   Eric Riley Nusser, WSBA #51513

   WHITFIELD BRYSON & MASON, LLP
   Daniel K. Bryson *Pro Hac Vice*
   Patrick M. Wallace *Pro Hac Vice*
   Scott C. Harris *Pro Hac Vice*
   *Attorneys for Plaintiff and the Proposed Class*

DATED: February 16, 2018  LATHAM & WATKINS LLP

By: */s/ Kathleen P. Lally*
   Kathleen P. Lally *Pro Hac Vice*
   *Attorneys for Behr Process Corporation,*
   *Behr Paint Corp., and Masco Corporation*

DATED: February 16, 2018  MORRIS MANNING & MARTIN, LLP

By: */s/ Robert P. Alpert*
   Robert P. Alpert *Pro Hac Vice*
   Jeffrey K. Douglass *Pro Hac Vice*
   *Attorneys for Home Depot, Inc., and*
   *Home Depot USA, Inc.*

**IT IS SO ORDERED.**

DATED this _21st_ day of __February__, 2018.

_____
Marsha J. Pechman
United States District Judge

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Caryn Geraghty Jorgensen, WSBA #27514
>Email: cjorgensen@millsmeyers.com
>John T. Fetters, WSBA #40800
>Email: jfetters@millsmeyers.com
>MILLS MEYERS SWARTLING
>1000 Second Avenue, Suite 3000
>Seattle, Washington 98104-3028
>Telephone: (206) 382-1000
>Facsimile: (206) 386-7343
>
>Robert Alpert, *Admitted Pro Hac Vice*
>Email: ralpert@mmmlaw.com
>Jeffrey Douglass, *Admitted Pro Hac Vice*
>Email: jkd@mmmlaw.com
>MORRIS MANNING & MARTIN LLP
>3343 Peachtree Road
>1600 Atlanta Financial Center
>Atlanta, Georgia 30326
>Telephone: (404) 504-7793
>
>*Attorneys for Defendants Home Depot, Inc., and Home Depot U.S.A., Inc.*
>
>Jason M. Kettrick, WSBA #35459
>Email: kettrick@carneylaw.com
>Elliot C. Copenhaver, WSBA #46909
>Email: copenhaver@carneylaw.com
>Emilia L. Sweeney, WSBA #23371
>Email: sweeney@carneylaw.com
>CARNEY BADLEY SPELLMAN, P.S.
>701 Fifth Avenue, Suite 3600
>Seattle, Washington 98104
>Telephone: (206) 622-8020
>Facsimile: (206) 467-8215

STIPULATION AND ORDER TO EXTEND CASE
DEADLINES - 4
Case No. 2:17-cv-01754-MJP

| | |
|---|---|
| 1 | Kathleen P. Lally, *Admitted Pro Hac Vice* |
| | Email: Kathleen.lally@lw.com |
| 2 | LATHAM & WATKINS, LLP |
| | 330 North Wabash Avenue, Suite 2800 |
| 3 | Chicago, Illinois 60611 |
| | Telephone: (312) 777-7005 |
| 4 | |
| 5 | *Attorneys for Defendants Masco Corp., Behr Process Corp.* |
| | *and Behr Paint Corp.* |

DATED this 21st day of February, 2018.

                                              TERRELL MARSHALL LAW GROUP PLLC

                                              By:   /s/ Beth E. Terrell, WSBA #26759
                                                    Beth E. Terrell, WSBA #26759
                                                    Email: bterrell@terrellmarshall.com
                                                    936 North 34th Street, Suite 300
                                                    Seattle, Washington 98103
                                                    Telephone: (206) 816-6603
                                                    Facsimile: (206) 319-5450

                                              *Attorneys for Plaintiff*