Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINNE ROSE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEHR PROCESS CORP., BEHR PAINT CORP., MASCO CORP., THE HOME DEPOT, INC., and HOME DEPOT U.S.A., INC.,<br><br>Defendants. | NO. 2:17-cv-01754-MJP<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR**<br><br>**March 27, 2018** |

## I.   STIPULATION

Subject to approval of this Court, Plaintiff Linne Rose and Defendants Behr Paint Corp., Behr Process Corporation, Masco Corporation, The Home Depot, Inc. and Home Depot U.S.A., Inc., by and through their attorneys, hereby stipulate and agree to extend the time to submit the Joint Status Report for thirty (30) days or up to and including April 30, 2018.

Stipulated and presented this 27th day of March, 2018.

//

//

//

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND ORDER – 1
3:17-CV-06060

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Mas033-0002-5235475 5266831

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
Beth E. Terrell, WSBA No. 26759
Eric Riley Nusser, WSBA No. 51513
WHITFIELD BRYSON & MASON, LLP
Daniel K. Bryson *Pro Hac Vice*
Patrick M. Wallace *Pro Hac Vice*
Scott C. Harris *Pro Hac Vice*
Attorneys for Plaintiff and the Proposed Class

CARNEY BADLEY SPELLMAN P.S.
By: /s/ Emilia L. Sweeney
Emilia L. Sweeney, WSBA No. 23371
Email: sweeney@carneylaw.com
Jason M. Kettrick, WSBA No. 35459
Email: kettrick@carneylaw.com
Elliot C. Copenhaver, WSBA No. 46909
Email: copenhaver@carneylaw.com
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Telephone: (206) 622-8020
Facsimile: (206)467-*8215*
Attorneys for Defendants Behr Processing Corporation, Behr Paint Corp and Masco Corporation

LATHAM & WATKINS LLP

/s/ Kathleen P. Lally
Kathleen P. Lally
One of the Attorneys for Defendant
Behr Process Corporation
Mark S. Mester
ark.mester@lw.com
Kathleen P. Lally
kathleen.lally@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND ORDER – 2
3:17-CV-06060

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Mas033-0002-5235475 5266831

MILLS MEYERS SWARTLING P.S.
By: /s/ *Caryn Geraghty Jorgensen*
Caryn Geraghty Jorgensen WSBA # 27514
Attorneys for Home Depot, Inc., and Home Depot USA, Inc.

## II. ORDER

It is so ordered.

Dated this 28 day of March, 2018.

_____
Honorable Marsha J. Pechman

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND ORDER – 3
3:17-CV-06060

Mas033-0002-5235475 5266831

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which caused all CM/ECF participants to be served by electronic means.

DATED this 27th day of March, 2018.

CARNEY BADLEY SPELLMAN, P.S.

By: /s/ Andrea Williams
Andrea Williams, Legal Assistant

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND ORDER – 4
3:17-CV-06060

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Mas033-0002-5235475 5266831