Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINNE ROSE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEHR PROCESS CORP., BEHR PAINT CORP., MASCO CORP., THE HOME DEPOT, INC., and HOME DEPOT U.S.A., INC.,,<br><br>Defendants. | NO. 2:17-cv-01754-MJP<br><br>STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND [PROPOSED] ORDER<br><br>**NOTE ON MOTION CALENDAR**<br><br>**April 27, 2018** |

## I. STIPULATION

Subject to approval of this Court, Plaintiff Linne Rose and Defendants Behr Paint Corp., Behr Process Corporation, Masco Corporation (collectively, "Behr"), The Home Depot, Inc. and Home Depot U.S.A., Inc. (collectively, "Home Depot"), by and through their attorneys, hereby stipulate and agree to extend the time to submit the Joint Status Report for thirty (30) days or up to and including May 30, 2018.

Behr is in the process of entering into a nationwide settlement that would fully resolve the claims relating to DeckOver against Behr and Home Depot that are asserted in Plaintiff's Complaint. Behr has recently reached an agreement in principle with respect to the substantive relief in a nationwide class action settlement with plaintiffs in three actions before

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND [PROPOSED] ORDER – 1
3:17-CV-06060

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Mas033-0002-5235475 Stip and Order Extending Time-JSR

other district courts,[1] contingent upon finalizing a mutually-agreeable, written settlement agreement and of course, preliminary and final approval. The parties to that settlement are in the last stages of finalizing the written settlement agreement, and Behr has no reason to believe that a motion for preliminary approval will not be filed in the near term. In light of the pending imminent nationwide settlement, to conserve judicial resources and to promote efficiency, the parties believe it would be appropriate to extend the time to submit the Joint Status Report for thirty (30) days or up to and including May 30, 2018.

Stipulated and presented this 27th day of April, 2018.

| TERRELL MARSHALL LAW GROUP | CARNEY BADLEY SPELLMAN |
|---|---|
| /s/ Beth E. Terrell<br>Beth E. Terrell, WSBA No. 26759<br>Email: bterrell@terrellmarshall.com<br>Eric Riley Nusser, WSBA No. 51513<br>Email: enusser@terrellmarshall.com<br>936 N. 34th Street, Suite 300<br>Seattle, Washington 98103<br>Phone: 206-816-6603<br>Fax: 206-319-5450<br>**Attorneys for Plaintiff and the Proposed Class** | /s/ Emilia L. Sweeney<br>Emilia L. Sweeney, WSBA No. 23371<br>Email: sweeney@carneylaw.com<br>Jason M. Kettrick, WSBA No. 35459<br>Email: kettrick@carneylaw.com<br>Elliot C. Copenhaver, WSBA No. 46909<br>Email: copenhaver@carneylaw.com<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: (206) 622-8020<br>Fax: (206) 467-8215<br>**Attorneys for Defendants Behr Paint Corp., Behr Process Corporation and Masco Corporation** |
| WHITFIELD BYSON & MASON, LLP | MILLS MEYERS SWARTLING |
| /s/ Daniel K. Bryson<br>Daniel K. Bryson, *Pro Hac Vice*<br>Patrick M. Wallace, *Pro Hac Vice*<br>Scott C. Harris, *Pro Hac Vice*<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5016<br>Fax: (919) 600-5035<br>**Attorneys for Plaintiff and the Proposed Class** | /s/ Caryn Geraghty Jorgensen<br>WSBA No. 27514<br>Email: cjogensen@millsmeyers.com<br>John Fetters WSBA No. 40800<br>Email: jfetter@millsmeyers.com<br>1000 2nd Avenue, 30 FL<br>Seattle, WA 98104<br>Phone: (206) 382-1000<br>Fax: (206) 386-7343 |

---

[1] Anderson v. Behr Process Corp., Case No. 1:17-cv-08735 (N.D. Ill.); Bishop v. Behr Process Corp., Case No. 1:17-cv-04464 (N.D. Ill.); and In re Behr, Case No. 8:17-cv-01016 (C.D. Cal.)

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND [PROPOSED] ORDER – 2
3:17-CV-06060

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Mas033-0002-5235475 Stip and Order Extending Time-JSR

|  | Attorneys for Defendants Home Depot, Inc. and Home Depot U.S.A., Inc. |
|---|---|
|  | LATHAM & WATKINS LLP<br><br>By:/s/ *Kathleen P. Lally*<br>Mark S. Mester (pro hac vice)<br>mark.mester@lw.com<br>Kathleen P. Lally (pro hac vice)<br>kathleen.lally@lw.com<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Phone: (312) 876-7700<br>Fax: (312) 993-9767<br>**Attorneys for Defendants Behr Paint Corp., Behr Process Corporation and Masco Corporation** |

II. **ORDER**

It is so ordered.

Dated this 3rd day of May, 2018.

*[signature]*

Honorable Marsha J. Pechman

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT AND [PROPOSED] ORDER – 3
3:17-CV-06060

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Mas033-0002-5235475 Stip and Order Extending Time-JSR

1
2                          **CERTIFICATE OF SERVICE**

3    I hereby certify that on this 27th day of April, 2018, I electronically filed the foregoing

4  with the Clerk of the Court using the CM/ECF system which caused all CM/ECF participants

5  to be served by electronic means.

6    DATED this 27th day of April, 2018.

7
                                        CARNEY BADLEY SPELLMAN, P.S.
8
9

10                              By:/s//Andrea Williams
                                   Andrea Williams, Legal Assistant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION FOR EXTENSION OF TIME TO SUBMIT JOINT        CARNEY BADLEY SPELLMAN, P.S.
REPORT AND [PROPOSED] ORDER – 4                                  701 Fifth Avenue, Suite 3600
3:17-CV-06060                                                      Seattle, WA 98104-7010
                                                                       (206) 622-8020

Mas033-0002-5235475 Stip and Order Extending Time-JSR