UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINNE ROSE, | CASE NO. C17-1754 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BEHR PROCESS CORP., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On February 25, 2019, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice, purportedly pursuant to FRCP 41(a)(1)(A)(i). (Dkt. No. 52.) FRCP 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

An answer has been filed in this matter (*see* Dkt. No. 40, Answer and Affirmative Defenses of Defendants Behr Process Corporation, et al., to Plaintiff's Class Action Complaint).

As such, FRCP 41(a)(1)(A)(i) is unavailable to Plaintiff as a mechanism for dismissal. The Court suggests that FRCP 41(a)(1)(A)(ii) ("a stipulation of dismissal signed by all parties who have appeared") might be a more appropriate vehicle.

The pleading denoted as a "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 52) is stricken.

The clerk is ordered to provide copies of this order to all counsel.

Filed February 25, 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk