THE HONORABLE MARSHA J. PECHMAN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINNE ROSE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BEHR PROCESS CORP., BEHR PAINT CORP., MASCO CORP., THE HOME DEPOT, INC., and HOME DEPOT U.S.A., INC.,<br><br>    Defendants. | NO. 2:17-cv-01754-MJP<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## I. STIPULATION

Plaintiff Linne Rose ("Plaintiff"),S and Defendants Masco Corporation, Behr Process Corporation, Behr Paint Corp., The Home Depot, Inc., and Home Depot U.S.A., Inc. ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal *without prejudice* of each of Plaintiff's claims against Defendants in this action.

STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 1
Case No. 2:17-cv-01754-MJP

STIPULATED TO, DATED AND RESPECTFULLY SUBMITTED this 7th day of March, 2019.

| TERRELL MARSHALL LAW GROUP PLLC | MILLS MEYERS SWARTLING |
|---|---|
| By:   /s/ Beth E. Terrell, WSBA #26759   <br> Beth E. Terrell, WSBA #26759 <br> Email: bterrell@terrellmarshall.com <br> Eric R. Nusser, WSBA #51513 <br> Email: eric@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 <br><br> Daniel K. Bryson, *Admitted Pro Hac Vice* <br> Email:  dan@wbmllp.com <br> Scott C. Harris, *Admitted Pro Hac Vice* <br> Email: scott@wbmllp.com <br> Patrick M. Wallace, *Admitted Pro Hac Vice* <br> Email: pat@wbmllp.com <br> WHITFIELD BRYSON & MASON, LLP <br> 900 West Morgan Street <br> Raleigh, North Carolina 27603 <br> Telephone: (919) 600-5000 <br> Facsimile: (919) 600-5002 <br><br> *Attorneys for Plaintiff* | By: /s/ Caryn Geraghty Jorgensen, #27514 <br> Caryn Geraghty Jorgensen, WSBA #27514 <br> Email: cjorgensen@millsmeyers.com <br> John T. Fetters, WSBA #40800 <br> Email:  jfetters@millsmeyers.com <br> 1000 Second Avenue, Suite 3000 <br> Seattle, Washington 98104-3028 <br> Telephone: (206) 382-1000 <br> Facsimile: (206) 386-7343 <br><br> Robert Alpert, *Admitted Pro Hac Vice* <br> Email: ralpert@mmmlaw.com <br> Jeffrey Douglass, *Admitted Pro Hac Vice* <br> Email: jkd@mmmlaw.com <br> MORRIS MANNING & MARTIN LLP <br> 3343 Peachtree Road <br> 1600 Atlanta Financial Center <br> Atlanta, Georgia 30326 <br> Telephone: (404) 504-7793 <br><br> *Attorneys for Defendants The Home Depot, Inc., and Home Depot U.S.A., Inc.* |

LATHAM & WATKINS, LLP

By: /s/ Kathleen P. Lally, *Pro Hac Vice*
   Kathleen P. Lally, *Admitted Pro Hac Vice*
   Email: Kathleen.lally@lw.com
   330 North Wabash Avenue, Suite 2800
   Chicago, Illinois 60611
   Telephone: (312) 777-7005

Jason M. Kettrick, WSBA #35459
Email: kettrick@carneylaw.com
Elliot C. Copenhaver, WSBA #46909
Email: copenhaver@carneylaw.com
Emilia L. Sweeney, WSBA #23371
Email: sweeney@carneylaw.com
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104
Telephone: (206) 622-8020
Facsimile: (206) 467-8215

*Attorneys for Defendants Masco Corporation, Behr Process Corporation and Behr Paint Corp.*

## II. ORDER

IT IS SO ORDERED.

Dated this __7th_____ day of ____March____, 2019.

_____
Marsha J. Pechman
United States Senior District Judge

STIPULATION AND ORDER OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 3
Case No. 2:17-cv-01754-MJP

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Caryn Geraghty Jorgensen, WSBA #27514
>Email: cjorgensen@millsmeyers.com
>John T. Fetters, WSBA #40800
>Email: jfetters@millsmeyers.com
>MILLS MEYERS SWARTLING
>1000 Second Avenue, Suite 3000
>Seattle, Washington 98104-3028
>Telephone: (206) 382-1000
>Facsimile: (206) 386-7343
>
>Robert Alpert, *Admitted Pro Hac Vice*
>Email: ralpert@mmmlaw.com
>Jeffrey Douglass, *Admitted Pro Hac Vice*
>Email: jkd@mmmlaw.com
>MORRIS MANNING & MARTIN LLP
>3343 Peachtree Road
>1600 Atlanta Financial Center
>Atlanta, Georgia 30326
>Telephone: (404) 504-7793
>
>*Attorneys for Defendants The Home Depot, Inc., and Home Depot U.S.A., Inc.*
>
>Jason M. Kettrick, WSBA #35459
>Email: kettrick@carneylaw.com
>Elliot C. Copenhaver, WSBA #46909
>Email: copenhaver@carneylaw.com
>Emilia L. Sweeney, WSBA #23371
>Email: sweeney@carneylaw.com
>CARNEY BADLEY SPELLMAN, P.S.
>701 Fifth Avenue, Suite 3600
>Seattle, Washington 98104
>Telephone: (206) 622-8020
>Facsimile: (206) 467-8215

| | |
|---|---|
| 1 | Kathleen P. Lally, *Admitted Pro Hac Vice* |
| | Email: Kathleen.lally@lw.com |
| 2 | LATHAM & WATKINS, LLP |
| | 330 North Wabash Avenue, Suite 2800 |
| 3 | Chicago, Illinois 60611 |
| | Telephone: (312) 777-7005 |

*Attorneys for Defendants Masco Corporation, Behr Process Corporation and Behr Paint Corp.*

DATED this 7th day of March, 2019.

                      TERRELL MARSHALL LAW GROUP PLLC

                      By:   /s/ Beth E. Terrell, WSBA #26759
                           Beth E. Terrell, WSBA #26759
                           Email: bterrell@terrellmarshall.com
                           936 North 34th Street, Suite 300
                           Seattle, Washington 98103
                           Telephone: (206) 816-6603
                           Facsimile: (206) 319-5450

*Attorneys for Plaintiff*